# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
68.224.101.243,

                Defendant.

Case Number: 2:19-cv-01078-JAD-DJA

**ORDER ON PLAINTIFF'S
*EX-PARTE* APPLICATION FOR
EXTENSION OF TIME WITHIN WHICH
TO EFFECTUATE SERVICE
ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until November 17, 2019 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 19, 2019

1